IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-339-JJF |
| SIXTEEN THOUSAND DOLLARS AND NO CENTS ($16,000) IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | |

## DEFAULT

AND NOW, THIS 30th day of November, 2007, it appearing from the Declaration of Jillian Swart that no claimants have answered or otherwise moved with respect to the Complaint, and Plaintiff having requested the entry of a default; in accordance with Rule 55(a), Fed. R. Civ. P., a default be and it hereby is entered against Defendant Sixteen Thousand Dollars and No Cents ($16,000) in United States Currency and in favor of the plaintiff, United States of America.

*Deborah A. Krett*

Deputy Clerk, U.S. District Court