IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-339-JJF |
| SIXTEEN THOUSAND DOLLARS : AND NO CENTS ($16,000) IN : UNITED STATES CURRENCY : | |
| Defendant. : | |

**JUDGMENT AND DECREE OF FORFEITURE**

For the reasons stated in the Court's order of January 4, 2008 (D.I. 67);

IT IS HEREBY **ORDERED AND ADJUDGED**, that judgment be and is hereby entered in favor of Plaintiff United States of America and against Defendant Sixteen Thousand Dollars and No Cents.

IT IS **FURTHER ORDERED** that Defendant Sixteen Thousand Dollars and No Cents forfeits to the United States of America all right, title or interest in the property, which shall be disposed consistent with 18 U.S.C. § 1955 and 18 U.S.C. § 981(a)(1)(C) and other applicable law. All claims and interest in said property are forever foreclosed and barred. The United States Marshal shall handle said currency in the manner

provided for upon forfeiture of the United States Currency.

                                                  /s/ Joseph J. Farnan, Jr.
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 18, 2008


                                    By   Nicole M. Selmyer
                                        Deputy Clerk